United States Bankruptcy Court
Southern District of Florida

In re: Case No. 23-18104-CLC
Jorge Luis Betancourt Rubier Chapter 13
Belkis Betancourt
Debtors

# CERTIFICATE OF NOTICE

District/off: 113C-1 User: admin Page 1 of 1
Date Rcvd: Oct 27, 2026 Form ID: CGFD74 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jorge Luis Betancourt Rubier, Belkis Betancourt, 9930 Belgrade Rd, Cutler Bay, FL 33157-6910 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jose A Blanco | on behalf of Debtor Jorge Luis Betancourt Rubier eservice@blancopa.com Blanco.JoseA.R105197@notify.bestcase.com |
| Jose A Blanco | on behalf of Joint Debtor Belkis Betancourt eservice@blancopa.com Blanco.JoseA.R105197@notify.bestcase.com |
| Nancy K. Neidich | e2c8f01@ch13miami.com ecf2@ch13miami.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |

TOTAL: 4

**CGFD74** (06/01/2026)

# United States Bankruptcy Court
## Southern District of Florida
## www.flsb.uscourts.gov

**Case Number: 23–18104–CLC**
**Chapter: 13**

**In re:**

Jorge Luis Betancourt Rubier
9930 Belgrade Rd
Cutler Bay, FL 33157

SSN: xxx–xx–3592

Belkis Betancourt
9930 Belgrade Rd
Cutler Bay, FL 33157

SSN: xxx–xx–3591

## NOTICE OF REQUIREMENT TO FILE LOCAL FORM "DEBTOR'S CERTIFICATE OF COMPLIANCE, MOTION FOR ISSUANCE OF DISCHARGE AND NOTICE OF DEADLINE TO OBJECT"

**PLEASE TAKE NOTICE:** Under Local Rule 4004–3(a), upon the filing by the trustee of the Notice of Completion of Plan Payments, the debtor is required to file and serve the Local Form "Debtor's Certificate of Compliance, Motion for Issuance of Discharge and Notice of Deadline to Object" on all parties of record. The trustee filed the notice of completion of plan payments and the debtor has failed to timely file the Local Form "Debtor's Certificate of Compliance, Motion for Issuance of Discharge and Notice of Deadline to Object."

**NOTICE IS HEREBY GIVEN THAT** the debtor must serve and file the Certificate and Motion within 30 days of the date of this notice or the above case may be closed without entry of a discharge and notice will be provided to all parties of record that the case was closed without entry of a discharge. If the debtor is appearing pro se, the clerk's office will provide notice of this Certificate and Motion to all parties of record after it has been filed with the court. If the case is closed without entry of a discharge and the debtor subsequently moves to reopen the case for the purpose of obtaining a discharge, the debtor will be required to pay a reopening fee and file the Local Form "Debtor's Certificate of Compliance, Motion for Issuance of Discharge and Notice of Deadline to Object" and serve it (unless the debtor is pro se whereby the clerk shall provide service) as required by Local Rule 4004–3(a).

**Dated:**10/27/26

**CLERK OF COURT**
By: Yamileth Valencia
Deputy Clerk

The clerk shall serve a copy of this notice on the Debtor.